PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Eric Bryant                                                                 Cr.: 14-00034-001
                                                                                              PACTS #: 43020

Name of Judicial Officer: Katharine S. Hayden
                          United States District Judge, D/NJ

Name of Sentencing Judicial Officer: The Honorable James R. Spencer
                                     United States District Judge, ED/VA

Date of Original Sentence: 09/25/06

Original Offense: Count 1: Interference with Commerce by Violence
                  Count 2: Use of a Firearm in a Crime of Violence

Original Sentence: 117 months custody, 5 years supervised release, and $31,414.19 restitution
                   (33 months custody and 3 years supervised release on Count One
                   84 months custody and 5 years supervised release on Count Two)

Type of Supervision: Supervised Release                         Date Supervision Commenced: 08/23/13

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the standard supervision condition which states:

"**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**"

During a home visit on January 30, 2014, the offender was requested to provide a urine sample which, when tested via a 10-panel instant test, proved positive for the presence of marijuana. The offender signed a Drug Admission Form admitting to use.

PROB 12A - Page 2
Eric Bryant

U.S. Probation Officer Action:

This is the offender's first positive for marijuana. He has been verbally reprimanded for his actions and advised that the Court would be notified of his non-compliance. The Probation Office will increase the intensity of supervision and increase random urinalysis taken from the offender. The probation office respectfully requests that the Court sign this petition, which will be presented to the offender as a formal judicial reprimand.

Respectfully submitted,

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 02/10/14

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

Signature of Judicial Officer

2/18/14
Date